UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROJO,

    Plaintiff,

v.

R.J. DONOVAN CORRECTIONAL FACILITY, et al.,

    Defendants.

Case No.  13-2091 WHO (PR)

**ORDER OF TRANSFER**

Plaintiff challenges his placement in administrative segregation by his jailors at R.J. Donovan Correctional Facility in San Diego, which lies in the Southern District of California.  This federal civil rights action is hereby TRANSFERRED to the Southern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  September 17, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JAMES ROJO,

        Plaintiff,

  v.

R.J. DONOVAN CORRECTIONAL FACILITY, et al.,

        Defendants.

Case Number: CV13-02091 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

James E. Rojo J-53355
Richard J. Donovan Correctional Facility (RJD)
P.O. Box 799001 D20-1341
San Diego, CA 92179

Dated: September 17, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk